# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VENICE DEGREGORIO,** *et al.* <br> *Plaintiffs* <br><br> v. <br><br> **MARRIOTT INTERNATIONAL, INC.,** *et al.* <br> *Defendants* | CIVIL ACTION <br><br> NO. 17-3867 |

## ORDER

**AND NOW**, this 13th day of December 2017, upon consideration of the *motion to dismiss Plaintiffs' complaint for lack of personal jurisdiction and forum non conveniens* filed by Defendants Marriott International, Inc., and JW Marriott Los Cabos Beach Resort & Spa[1] ("Defendants"), [ECF 4], the response in opposition thereto filed by Plaintiffs Venice DeGregoria and Nicholas DeGregorio ("Plaintiffs"), [ECF 5], Defendants' reply, [ECF 10], Defendants' notice of supplemental authority, [ECF 13], and the allegations contained in Plaintiffs' complaint, [ECF 1 at Ex. A], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that the motion to dismiss is **GRANTED**, and this matter is dismissed for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2).

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] As set forth in the accompanying Memorandum Opinion, JW Marriott Los Cabos Beach Resort & Spa has been incorrectly named as a defendant in this action. The proper defendants appear to be Operadora Punta Peninsula, S.A. de C.V. and Operadora Mision San Jose, S.A. de C.V.